# ELECTRONIC RECORD

COA # 02-13-00491-CR          OFFENSE: 29.03

STYLE: Dennis Rick Johnson v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION: DISM          TRIAL COURT: 371st District Court

DATE: 11/14/13          Publish: NO    TC CASE #: 1313690D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Dennis Rick Johnson v. The State of Texas          CCA #: 1489-14

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 01/14/2015          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD